IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:23-CR-28-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ITZEL IVON MEDINA-BELTRAN, ) | |
| ) | |
| Defendant. ) | |

On August 1, 2025, defendant asked the court to apply the safety valve. See [D.E. 73]. Defendant's appeal is pending. See [D.E. 60]. Thus, the court lacks jurisdiction and DISMISSES WITHOUT PREJUDICE defendant's motion [D.E. 73].

SO ORDERED. This 4 day of August, 2025.

JAMES C. DEVER III
United States District Judge